UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LINDA BETH GUPTON, | ) |
| Plaintiff | ) |
| vs. | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 5:18-CV-25-BR** |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, NORTH CAROLINA STATE HIGHWAY PATROL, | ) |
| Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendant's motion for summary judgment is GRANTED. The case is DISMISSED WITH PREJUDICE. The clerk is DIRECTED to enter judgment and close the case.

This Judgment filed and entered on April 9, 2019, and copies to:
Barry K. Henline (via CM/ECF electronic notification)
Corrine Lusic (via CM/ECF electronic notification)

April 9, 2019

Peter A. Moore, Jr.
Clerk of Court

By: _Susan K. Edwards_
Deputy Clerk